# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00203-CR

**Candace Orn, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 12-095, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After this Court granted four extensions of time to file the brief, appellant's brief was due February 11, 2014. The brief has not been received and appellant's retained attorney, Howard S. Jenkins, has informed this Court that a brief may not be filed at all.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and, if she is not indigent, whether retained counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3)*.* If appellant still desires to appeal and the court finds that she is indigent, the court shall make appropriate orders to ensure that appellant is adequately represented on appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). Following the hearing, which shall be transcribed, the trial court shall order the

appropriate supplemental clerk's and reporter's records—including any order and findings—to be prepared and forwarded to this Court no later than March 19, 2014. *See* Tex. R. App. P. 38.8(b)(3).

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed: February 13, 2014

Do Not Publish